### THE STATE VS. WERNER.

*April 26 — May 10, 1881.*

REPORTED from the Circuit Court for *Jackson* County. This cause was argued with *The State v. Haas.*

PER CURIAM.    The questions submitted for our decision in this case have been answered in the case of *State v. Haas*, and require no further comment.

The cause will be remitted to the circuit court for further proceedings, with our decision upon the questions in that case.